State v. Pierce

*Attorney General Edmisten, by Associate Attorney Thomas M. Ringer, Jr., for the State.*

*William G. Pfefferkorn and Beirne Minor Harding for defendant appellant.*

ARNOLD, Judge.

---

STATE OF NORTH CAROLINA v. EDDIE RAY PIERCE

No. 759SC680

(Filed 3 December 1975)

**Criminal Law § 148— plea of guilty or nolo contendere — no appeal**
        There is no right of appeal from a plea of guilty or *nolo contendere.* G.S. 15-180.2.

APPEAL by defendant Eddie Ray Pierce from *Clark (Giles R.), Judge.* Judgment entered 14 May 1975 in Superior Court,

State v. Suswell

PERSON County. Heard in the Court of Appeals 19 November 1975.

Attorney General Edmisten by Associate Attorney Elisha H. Bunting, Jr., for the State.

Ramsey, Jackson, Hubbard & Galloway by Charles E. Hubbard and Mark Galloway for defendant appellant.

HEDRICK, Judge.

Defendant purports to appeal from a judgment entered on his plea of guilty to the 5 February 1975 armed robbery of Roland Dickerson. There is no right of appeal from a plea of guilty or nolo contendere. G.S. 15-180.2; State v. Carr, 27 N.C. App. 39, 217 S.E. 2d 714 (1975).

Appeal dismissed.

Judges PARKER and ARNOLD concur.